IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKLIN R. MILLS,

        Plaintiff,                 No. CIV S-06-0345 MCE JFM PS

    vs.

J. LINDQUIST, et al.,

        Defendants.          <u>ORDER</u>

                                   /

        Plaintiff proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The July 13, 2006 initial scheduling conference is vacated.

        2. This action is dismissed.

DATED: May 11, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/001; mills.41a